# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MICHAEL W. GERBERICK  
826 CHESHIRE CT #1  
FREEPORT, IL  61032

SSN-xxx-xx-1928

Case Number: 05-70911

Case filed on: 3/4/2005  
Plan Confirmed on: 4/29/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $66,240.00              Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY MARK E ZALESKI | 1,194.00 | 1,194.00 | 1,194.00 | 0.00 |
|  | Total Legal | 1,194.00 | 1,194.00 | 1,194.00 | 0.00 |
| 002 | LAW OFFICES OF MITCHEL N. KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | LAW OFFICE OF MITCHELL N. KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHASE BANK CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CITICARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FIRST NATIONAL COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL W. GERBERICK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | WINTERS & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BECKET & LEE, LLP | 1,299.00 | 1,299.00 | 976.03 | 0.00 |
| 004 | ASSET ACCEPTANCE CORP | 4,015.48 | 4,015.48 | 3,017.08 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 953.29 | 953.29 | 716.27 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 6,774.80 | 6,774.80 | 5,090.33 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 10,991.65 | 10,991.65 | 8,258.72 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 9,933.19 | 9,933.19 | 7,463.43 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 4,020.16 | 4,020.16 | 3,020.60 | 0.00 |
| 014 | DISCOVER FINANCIAL SERVICES | 8,896.82 | 8,896.82 | 6,684.74 | 0.00 |
| 015 | RECEIVABLE MANAGEMENT SOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PORTFOLIO RECOVERY ASSOCIATES | 6,467.68 | 6,467.68 | 4,859.58 | 0.00 |
| 018 | PORTFOLIO RECOVERY ASSOCIATES | 10,170.52 | 10,170.52 | 7,641.76 | 0.00 |
| 019 | GREAT SENECA/BANK ONE/CC 2-23-05 (GSFC) | 6,877.53 | 6,877.53 | 5,167.52 | 0.00 |
| 020 | WOLPOFF & ABRAMSON, L.L.P. | 10,817.82 | 10,817.82 | 8,128.12 | 0.00 |
|  | Total Unsecured | 81,217.94 | 81,217.94 | 61,024.18 | 0.00 |
|  | Grand Total: | 82,411.94 | 82,411.94 | 62,218.18 | 0.00 |

Total Paid Claimant:   $62,218.18  
Trustee Allowance:    $4,021.82  
Percent Paid Unsecured:    75.14

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer    
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008          By  /s/Heather M. Fagan